Theodore JOHNSON, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 582, 2015

Supreme Court of Delaware.

Submitted May 18, 2016
Decided: May 26, 2016

AFFIRMED.

■

James A. THOMAS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 58, 2016

Supreme Court of Delaware.

Submitted: March 24, 2016
Decided: May 27, 2016
Rehearing En Banc Denied June 7, 2016

DISMISSED.

■

Hai LIN and Jin Lin, Defendants
Below–Appellants,

v.

FRANBERT LLC, Plaintiff
Below–Appellee.

No. 226, 2016

Supreme Court of Delaware.

Submitted: May 4, 2016
Decided: June 10, 2016

REFUSED.